UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Daniel Navarro Defendant. | Western Division<br>Case #: **2:22-MJ-02689-1**   **Complaint & Warrant**<br>Initial App. Date: **07/13/2022**   Custody<br>Time: **1:00 PM**<br><br>Date Filed: **07/11/2022**<br>Violation: **18:2423(a)**<br>CourtSmart/Reporter: **CS 07/13/2022** |
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** |

PRESENT:   Karl Lozada        Kevin Reidy        / None
           ---------------    ---------------    ---------------
           Deputy Clerk       Assistant U.S. Attorney   Interpreter/Language

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Erica Choi and ☑ DFPD, and ☑ Appointed
☑ Contested detention hearing is held.

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing set for Thursday, July 28, 2022 at 11:30 a.m. before DUTY Judge in Courtroom 880 in Roybal

☑ PIA set for Thursday, August 4, 2022 at 11:30 a.m. before DUTY Judge in Courtroom 880 in Roybal.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Abstract of Court Proceeding--CR-53 issued. Copy forwarded to USM.

☑ PSA, ☑ FINANCIAL, ☑ CR-10, ☑ CR-29, ☑ READY

Deputy Clerk Initials: kl
00 : 25