**NOTE: CHANGES MADE BY THE COURT**

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
Major Frauds/Violent and Organized Crime Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536/2431
    Facsimile: (213) 894-3713
    E-mail:   kevin.reidy@usdoj.gov
               kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00340-AB-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DANIEL NAVARRO, aka "dn.2021.01," and | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) a motion has been filed that has not yet been heard or resolved.

THEREFORE, FOR GOOD CAUSE SHOWN:

**1.** The trial in this matter is continued from July 16, 2024, to February 4, 2025. The briefing schedule for any motions shall be: (i) any motions due October 4, 2024; (ii) any oppositions due October 18, 2024; and (iii) any replies due October 25, 2024. **The Status Conference and Defendant's Motion in Limine (Dkt. No. 80) is continued from June 7, 2024, to January 10, 2025, at 1:30 p.m. The May 14, 2024, Status Conference is vacated.**

2. The time period of July 16, 2024, to February 4, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

//
//

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

May 10, 2024
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KEVIN B. REIDY
KATHY YU
Assistant United States Attorneys