**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**


RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2:22cr 00340-AB

Case: 2:22cr340   Doc: 104

Daniel Navarro REG10778-510
Metropolitan Detention Center - Los Angeles
535 North Alameda Street
Los Angeles, CA 90012

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37907777@cacd.uscourts.gov>Subject:Activity in Case 2:22-cr-00340-AB USA v. Navarro et al Order to Continue Trial, Change of Plea or Sentencing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/10/2024 at 4:34 PM PDT and filed on 5/10/2024

| | |
|---|---|
| **Case Name:** | USA v. Navarro et al |
| **Case Number:** | 2:22-cr-00340-AB |
| **Filer:** | |
| **Document Number:** | 104 |

**Docket Text:**
**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT by Judge Andre Birotte Jr as to Defendant Daniel Navarro. Jury Trial continued to 2/4/2025 08:30 AM before Judge Andre Birotte Jr. Status Conference continued to 6/7/2024 01:30 PM before Judge Andre Birotte Jr. (rolm)**

**2:22-cr-00340-AB-1 Notice has been electronically mailed to:**
Robert M Bernstein    robert@california-law.org
Kathy Yu    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, kathy.yu@usdoj.gov
Kevin B. Reidy    kevin.reidy@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, usacac.civil@usdoj.gov

**2:22-cr-00340-AB-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Daniel Navarro
REG 10778-510
Metropolitan Detention Center - Los Angeles
535 North Alameda Street
Los Angeles CA 90012