Daniel Navarro Reg. No. 10778510
Metropolitan Detention Center - Los Angeles
Po Box 531500
Los Angeles, CA 90053-1500

Honorable Judge Andre Birotte Jr.
Central District Of California
Western Division Of Los Angeles
350 W. 1st St. (Courtroom 7B)
Los Angeles, CA 90012
(213)894-1565



FILED
CLERK, U.S. DISTRICT COURT
MAY 2 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re: Case NO. 2:22-cr-00340-AB
Reg. No. 10778510

Im requesting a bond hearing do to unfortunate issues and concern that have arise and I have to address in person.
There has been a change in many areas in my life which I will adress to the court and why I feel I am no longer a flight risk. I have already ask my paralegal to send me an application for a bond hearing unfortunatly I have not receieved it yet and now im writing to you Honorable hoping and seeking to get a bond hearing on calender.
Thank you for your time and please help me resolve this problem.

Sincerely Daniel Navarro

Daniel Navarro Reg. No. 67785-16
Metropolitan Detention Center - Los Angeles
PO BOX 531500
Los Angeles, CA 90053-1500



Honorable Judge Andre Birotte Jr.
Central District of California
Western Division of Los Angeles
350 W. 1st St. (courtroom 7B)
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 28 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012-459525

