# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 22-00340-AB | Date: June 21, 2024 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter N/A

| Daniel Tamayo | Terri Hourigan | Kevin Reidy, Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro, Pro Se | √ | √ | | | | | |

**Proceedings:** BOND HEARING (Held and Completed)

The case is called, and the hearing is held. Also present is Samuel Rivas, Paralegal to Defendant Daniel Navarro. The Court and the parties confer. For the reasons stated on the record, the Defendant's Request for Bond is DENIED.

: 20

Initials of Deputy Clerk   DTA