Daniel Navarro
Reg. No. 10778516
MDC - Los Angeles
PO Box 531500
Los Angeles, CA 90053

Honorable Judge                    06/08/24
Andre Birotte Jr.
United States Courthouse
350 W. 1st St.
Los Angeles, CA 90012

In Re: Case   2:22-CR-00340-AB

I'm Requesting an exparte to address issues and concerns regarding my case. I'm Currently denied any action on my case; Due Deligence and Due Process is not allowed currently in my situation in SHU. Pro Se has not advanced since 6-12-24 and before that I addressed it on 6-22-24. In MDC I'm being denied all priviledges as pro se and not allowed any access to my legal material or even religious items. I wish to bring to your attention the rest of my sensitive; issues and Concerns in person.

Sincerely
Daniel Navarro



Daniel Navarro
Reg. No. 10778510
MDC-Los Angeles
PO Box 531500
Los Angeles, CA 90053

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LOS ANGELES CA 900
9 JUL 2024 PM 6 L

Honorable Judge
Andre Birotte Jr.
United States Courthouse
350 W. 1st St