# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | CR 22-00340-AB-1 | Date: | August 30, 2024 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Daniel Tamayo | Laura Elias | Kathy Yu |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro, Pro Se | √ | √ | | | | | |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Also present Samuel Rivas, CJA Paralegal. Court and counsel confer regarding the status of the case, including discovery.

For the reasons stated on the record, the Court further sets a Status Conference for **Friday, September 27, 2024, at 1:30 p.m.**

IT IS SO ORDERED.

CC: PSA

:  20

Initials of Deputy Clerk   DTA