# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:22-cr-00340-AB | Date | September 27, 2024 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE, JR., U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Maria Bustillos | Kevin B. Reidy / Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Navarro | X | X | | Daniel Navarro, pro se | X | | |
| | | | | Samuel Rivas, CJA Paralegal | X | X | |

**Proceedings:** STATUS CONFERENCE

Conference held. The matter is set for a further status conference on November 15, 2024 at 1:30 p.m.

| | : | 35 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
USM
PSLA