## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | CR 22-00340-AB-1 | | Date: | November 15, 2024 |
|---|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

Interpreter: N/A

| Daniel Tamayo | Sharon Seffens | Kevin B. Reid<br>Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro, Pro Se | √ | √ | | 1) Samuel Rivas, CJA Paralegal | √ | √ | |

**Proceedings:**      **STATUS CONFERENCE** (Held and Completed)

Court and counsel confer regarding the status of the case. For the reasons stated on the record, the Court further sets a Status Conference for **December 18, 2024, at 1:30 p.m.**

IT IS SO ORDERED.

CC: USPO

|  | : | 20 |
|---|---|---|

Initials of Deputy Clerk    DTA