E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536/2431
    E-mail:   kevin.reidy@usdoj.gov
               kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL NAVARRO,<br><br>        Defendant. | No. CR 22-00340(A)-AB<br><br>[PROPOSED] ORDER ON GOVERNMENT'S EX PARTE MOTION TO STRIKE DEFENDANT'S LETTER (DKT. 131) AND REPLACE WITH REDACTED VERSION |

    On November 21, 2024, the government filed an Ex Parte Motion to Strike Defendant's Letter (Dkt. 131) and Replace with Redacted Version. Having considered the government's request and finding good cause, the Court hereby GRANTS the request and strikes Dkt. 131, and replaces it with the redacted version prepared by the government.

    IT IS SO ORDERED.

November 26, 2024           _____
DATE                            HON. ANDRÉ BIROTTE JR.

Presented by:
/s/_____
KATHY YU
Assistant United States Attorney