BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Regional Director | DATE: 09/05/24 |
|---|---|
| FROM: Daniel Navarro | REGISTER NO.: 10778-510 |
| WORK ASSIGNMENT: N/A | UNIT: 4D-10 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm requesting BP 10s, so I may report and appeal alot of the actions MDC-Los Angeles staff have done. They have denied me exhaust Remedys and retaliated time after time. I'm currently in Santa Ana City Jail and trying hold MDC-Los Angeles staff accountable for they're negligence for all theyre unlawful actions. I hope you can help me resolve all these problems, issues, concerns and unlawful situations they put me in. Thank you for your time and any effort to help me.

(Do not write below this line)

DISPOSITION:

#1818086-F1

**Received**

NOV -4 2024

**Western Regional Office**



FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

Daniel Navarro, 10778-510

350 W. FIRST ST

LOS ANGELES, CALIFORNIA 90012

CR 22-340-AB

```
                   REJECTION NOTICE - ADMINISTRATIVE REMEDY
```

DATE: NOVEMBER 4, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : DANIEL NAVARRO, 10778-510
      LOS ANGELES MDC    UNT: 3 DETC M    QTR: Z03-826LAD
      535 N ALAMEDA STREET
      LOS ANGELES, CA 90012


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1218036-R1     REGIONAL APPEAL
DATE RECEIVED   : NOVEMBER 4, 2024
SUBJECT 1       : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 4: SEE REMARKS.

REJECT REASON 5: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE
                 TEXT MUST BE LEGIBLE.

REMARKS         : YOU MAY SUBMIT YOUR APPEAL ON ONE LETTER SIZE PAGE
                  IF YOU DO NOT HAVE ACCESS TO FORMS. SEND IN ANY
                  EVIDENCE THAT ATTEMPTS WERE MADE.

**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Western Regional Office*

*7338 Shoreline Drive*
*Stockton, California 95219*

Official Business

CR Intake
Roybal

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY