```
                                                          FILED
                                                   CLERK, U.S. DISTRICT COURT

                                                        11/27/2024

                                                  CENTRAL DISTRICT OF CALIFORNIA
                                                  BY:        DTA        DEPUTY
```

Daniel Navarro
BK. No. 2400002645,4D&D-10
C / O Santa Ana Jail
P. O. Box 22003
Santa Ana, CA 92701

HONORABLE JUDGE                    09/23/24
ANDRE BIROTTE JR.
UNITED STATES COURTHOUSE
350 W. 1st Street
Los Angeles, CA 90012

In Re: Case No. 2:22-cr-00340-AB

The reason that I am writing to you today is because I want to inform you that there are issues and concerns in my case regarding the prosecutor's actions and unfair due process.

The issues are that I'm still waiting on the prosecutor to provide the following:

- The "N▮▮ T▮▮" statement and video or audio.
- A transcribed version of A▮▮ ▮▮'s Interview video for due diligence.
- All evidence copies none redacted for my team and a redacted version for me.
- A date for me and my team to physically see the phone to be able to produce evidence.
- Julie's MDC records (All calls and all emails as Brady material).
- All discovery none redacted for my team and a redacted version for me.

The concerns are that the prosecutor has not provided the following:

- The cell brit of the Iphone 12 which they say it's my phone.
- All exculpatory evidence copies and discovery.
- All Brady material evidence copies and discovery.
- The cell brit of Julie's Iphone14.
- Fair Due Process, they pick and choose what to give us as a malicious and scare tactics strategy.
- Due Diligence in fact they are withholding evidence and discovery, not producing either.
- Professionalism do to the fact that I been waiting for all discovery since 2022 and still am.
- Fair Hearing instead they lie, even targeted my pro se status and constitutional right to trial.

I'm asking the court to request that the prosecutor does his job and be fair with Due Process. I have not seen any new evidence or discovery copies and I hope to see the new production along with new evidence also all discovery none redacted for my legal team. A redacted version for me and it has been a long time already since 2022.

Thank you for your time and any effort to help resolve all the issues and concerns.

Sincerely,

Daniel Navarro

