# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 22-00340-AB | Date: December 20, 2024 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter: N/A | |

| Daniel Tamayo | Miranda Algorri | Kevin B. Reidy / Kathy Yu |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro, Pro Se | ✓ | ✓ | | | | | |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

**A portion of the transcript to the proceeding is sealed.**

Also present, CJA Paralegal, Samuel Rivas. For the reasons stated on the record, the jury trial date remains set for February 4, 2025, at 8:30 am.

IT IS SO ORDERED.

CC: USPO

: 40

Initials of Deputy Clerk    DTA