JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536/2431
    E-mail:   kevin.reidy@usdoj.gov
               kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>DANIEL NAVARRO,<br> aka "dn.2021.01,"<br><br>        Defendant. | No. CR 22-00340-AB-1<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**NEW TRIAL DATE: [07-15-25]** |
|---|---|

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) a motion has been filed that has not yet been heard or resolved.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from June 16, 2025 to July 15, 2025. The final pre-trial conference in this matter is continued to June 20, 2025.

2. The parties agree that the briefing schedule for any motions shall be: (i) any motions due May 23, 2025; (ii) any oppositions due June 6, 2025; and (iii) any replies due June 13, 2025.

3. The time period of June 16, 2025 to July 15, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

//
//

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

March 31, 2025
DATE

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KEVIN B. REIDY
KATHY YU
Assistant United States Attorneys