Daniel Navarro
Reg. No. 10718510
MDC-Los Angeles
P O Box 531500
Los Angeles, CA 90053

Honorable Judge
Andre Birotte Jr.
United States Court
350 1st Street,
Los Angeles, CA 90012

CR22-340-AB

03/01/25, 03/25/25, 03/30/25



Dear Honorable Judge,

I'm writing to you today asking to please be put on calendar so I may address issues and concerns regarding my case. I'm currently in MDC-Los Angeles Special Housing Unit (SHU). Were my equal protection, due process, due diligence and my rights are being violated do to staff retaliation from past incidents. I'm indigent and not been helped at all with material. The Captain has been; continues to be a corrupted tyrant, who targets inmates forces them to cell up with individuals and allow them to get assaulted even killed like on December 28 2023. He allows his guards to use excessive force, like with trans who was shot over 50 times with rubber bullets in his cell and guards knowing he has mental problems, only because he refused to have a cell mate while another inmate has been allowed to be single cell. He has allowed the food service to give us the smallest meals, I have ever seen in my life as a form of retaliation to force us to go to General population and has even directed staff not to give us meals. He continues to put us through distress, mental, physical and even emotional to do the point were an inmate hanged him self like Garcia, may his soul rest in peace and GOD forgive him for his mistake. I'm not allowed to go through the grievance process do to staff refusing to give me B9, B10, B11 and B8 to start it. I am being lied to about soon receiving what I been requesting, from my legal documents and adequate law library time along with legal calls also adequate contacts with the courts violations of the 8th amendment if im not confusing it do to really bad distress. Please help me with recommendation or better yet a court order, to help me be allowed to have my legal documents.
(This document is proof turn it around)

Sincerely,
Daniel N/

## MDC Los Angeles: Inmate Sick Call Sign-Up Sheet
(Formulario y registro para Atencion Medica de Confinados)

### INSTRUCTIONS:
<u>YOU must fill out this form completely; ALL numbers 1 – 10.</u>
<u>(Debe de llanar este formulario completamente, todos numeros 1-10.)</u>

Sick call sign up on: **Mondays, Tuesdays, Thursdays** and **Fridays ONLY** at **6:30-8:00AM**.
(Apuntarse por Atención Médica es lunes, martes, jueves, y viernes solamente 6:30-8:00.)

1. Name: _____   2. **Reg. Number:** _____
(Nombre)                            (Numero de Registro)

3. Date: _____   4. **Housing Unit:** _____   5. **Work:** _____
(Fecha)                            (Unidad)                          (Trabajo)

6. Complaint: _____
(Queja. ¿Cual es su problema?)

7. How long have you had this problem?        Days: _____ Months: _____ Years: _____
(¿Durante cuante tiempo ha tenido este problema?) (Dias)   (Meses)   (Anos)

8. *Do you need med renewals? Yes: ☐  No: ☐   What medications? _____
(¿Necesita renovaciones médicas?)              (¿Qué medicamentos?)

9. Are you on any medication(s) at present? Yes: ☐  No: ☐   What medications? _____
(¿Esta usted tomando alguna(s) medicinas actualmente?)   (¿Qué medicamentos?)

10. Have you bought Over-the-Counter medication from the Commissary? Yes: ☐ No: ☐
(¿Ha comprador medicinas non-prescipcion en la tienda?)

Signature: _____   Date/Time _____
(Firma)                                      (Fecha)

### *Reminder (Recordatorio)*
One complaint/sick call per day. A two-dollar co-pay will be charged on most sick call complaints. Over-the-counter medications (OTCs) such as: anti-fungal creams, ibuprofen, acetaminophen, allergy medications, etc...<u>are available for purchase from the Commissary.</u> ***OTCs WILL NOT** be prescribed***
(Una queja / llamada por enfermedad por día. Se aplicará un copago de dos dólares en la mayoría de las quejas de llamadas por enfermedad. Es possible para comprar medicinas de la comisaria. Medicinas como crema antihongo, ibuprofen, acetaminophen, medicamento para la alergia etc... No va a prescriber estas medicinas de la farmacia.)
A **Pharmacist** is available to discuss medications by emailing: LOS/InmateToPharmacy
**Do not make a sick call appointment for this..**
(Si tiene preguntas acerca de las medicinas, puede "email" LOS/InmateToPharmacy,
No hace una "sick call" para esta problema.)

---

| BP | Pulse | Respirations | Temperature | SpO$_2$ | BG |
|----|-------|--------------|-------------|---------|-----|
|    |       |              |             |         |     |

Urgent Same Day: ☐   Emergency ☐   Refer to Commissary ☐   Scheduled with Provider ☐
Co-pay Processed ☐   CCC Related ☐   Sick Call/Triage Note Completed ☐
**Provider Sig/Stamp and plan of care:**

Daniel Navarro
Reg. No. 10778510
MDC- Los Angeles
PO Box 531500
Los Angeles, CA 90053

CR Intake

LOS ANGELES CA 900
9 APR 2025  PM 12 L



RECEIVED APR 07 2025

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY



Honorable Judge
Andre Birotte Jr.
United States Court
350 1st. Street
Los Angeles, CA 90012

90012-453699

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

*[handwritten signature]* CSW 4.4.25