BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     Facsimile: (213) 894-0141
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 22-00340(B)-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE FOR TRIAL OF DEFENDANT DANIEL NAVARRO |
| v. | |
| DANIEL NAVARRO,<br>   aka "dn.2021.01,"<br>   aka "dn84831," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, hereby submits the Government's Proposed Voir Dire for the Trial of Defendant Daniel Navarro.

///

///

In addition to the Court's standard questions about the background of each juror, and their views on, and experience with law enforcement, the government respectfully requests the Court ask all members of the prospective jury panel the following questions, which are relevant to the fair deliberation of this matter.

Dated: July 9, 2025                    Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


 /s/
KATHY YU
KEVIN B. REIDY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1. This case involves allegations of production, distribution, and transportation of child pornography, as well as enticement and transportation of a minor to engage in unlawful sexual activity. Do you hold any strong opinions or convictions that you believe would prevent you from being a fair juror and following the instructions as the Court gives them in this case?

2. The evidence in this case will include the use of explicit sexual language and images. Do you have any strong beliefs or convictions about explicit sexual language or conduct?

3. Do you believe that someone under the age of 18 should be capable of consenting to sexual activity with an adult?

4. Do you believe that it is up to parents, rather than law enforcement, to protect their children against harmful or exploitative online activity?

5. Have you, or anyone close to you, ever been the victim of a sex-related or any other type of crime?

6. Have you, or anyone close to you, ever been accused of physically or sexually abusing anyone, including a minor?

7. You may hear testimony in this case from law enforcement officers, specifically special agents with the Federal Bureau of Investigation, and officers from San Luis Obispo Sheriff's Department. Do you have any opinion regarding those law enforcement agencies, or law enforcement in general that would prevent you from serving as a fair and impartial juror in this case?