# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:22-cr-00340-AB-1 | Date: | July 16, 2025 |
|---|---|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter    N/A

| Evelyn Chun | Miriam Veliz-Baird | Kevin B. Reidy<br>Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | Ed Robinson, CJA | √ | √ | |
| | | | | Brian Robinson, Pro Bono CJA | √ | √ | |

**Proceedings:**    **PRETRIAL CONFERENCE;**

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF GOVERNMENT "GROOMING" EXPERT SPECIAL AGENT DAN O'DONNELL [80]; and**

**DEFENDANT'S MOTION TO EXCLUDE EVIDENCE OF UNCHARGED CONDUCT PURSUANT TO FRCP 404(b) [180] (Held and Completed)**

The matter is called, and counsel make their appearances.   Court reporter is present via Zoom appearance.

Defendant addresses the Court outside the presence of the Government and said portion of the transcript shall be sealed.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby tentatively GRANTS WITHOUT PREJUDICE Defendant's Motion in Limine to Exclude the Testimony of Government "Grooming" Expert Special Agent Dan O'Donnell (Dkt. 80) and DENIES WITHOUT PREJUDICE Defendant's Motion to Exclude Evidence of Uncharged Conduct Pursuant to FRCP 404(b) (Dkt. 180).

Voir Dire questions are the be submitted by defense counsel no later than July 23, 2025.

Counsel shall meet and confer and file the following documents no later than July 23, 2025:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

- Proposed Jury Instructions;
- Revised Final Pretrial Conference Order;
- Expert Designations; and
- Proposed Special Verdict Form.

For the reasons stated on the record, the jury trial date remains set for July 28, 2025, at 8:30 am.

Counsel are ORDERED to inform the Court if a resolution occurs.

IT IS SO ORDERED.

CC: PSA

|  | 1 | : | 16 |

Initials of Deputy Clerk    EVC