BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
| Plaintiff, | TRIAL STIPULATION #1 REGARDING FOUNDATION AND AUTHENTICITY |
| v. | |
| DANIEL NAVARRO, <br> aka "dn.2021.01," <br> aka "dn84831," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, and defendant Daniel Navarro, both individually and through his counsel of record, Edward M. Robinson and Brian Robinson, hereby agree and stipulate as follows:

//

//

1.  The parties agree that the following exhibits are admissible into evidence, subject to nonfoundational objections (i.e., all objections other than authentication, identification, and chain of custody):

   a.  Exhibit 12 depicts an Apple iPhone 12 (1B25) seized and searched by law enforcement, and Exhibits 1, 2, 6, 13, 14, 15, 16, 17, 18 and 19 are true and correct copies of data extracted from that Apple iPhone 12.

   b.  Exhibit 45 depicts a Lenovo laptop seized and searched by law enforcement, and Exhibits 3, 4, 46, 47, 48 and 49 are true and correct copies of files extracted from that laptop.

   c.  Exhibits 5, 25 and 26, 30, 31, 32, and 37 are true and accurate copies of business records from Instagram.

   d.  Exhibit 29 is a true and accurate copy of a business record from Yahoo!.

   e.  Exhibit 39 is a true and accurate copy of business record from Google.

   f.  Exhibit 84, 85, 88, and 89 are true and accurate copies of business records from T-Mobile.

   g.  Exhibit 86 is a true and accurate copy of a public record from United States Customs and Border Protection.

   h.  Exhibit 83 is a true and accurate copy of business records from the National Center for Missing and Exploited Children.

   i.  Exhibits 80 and 91 are true and accurate copies of public records from the California Department of Motor Vehicles.

2.  The parties agree and stipulate that this stipulation be entered into evidence at trial.  This stipulation constitutes conclusive proof of the above matters for all purposes.  The parties

further agree that this stipulation may be read into evidence at any time during the trial by either party, and that the relevant exhibits identified herein may be admitted and published to the jury at any time, including while the stipulation is being read into evidence.

　　　IT IS SO STIPULATED.

On behalf of the Plaintiff, United States of America,

Dated: July 22, 2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

　　　　　　/s/
KATHY YU
KEVIN B. REIDY
Assistant United States Attorneys

On behalf of defendant, Daniel Navarro,

Dated: July 22, 2025

/s/ per email authorization dated 7/22/2025
EDWARD M. ROBINSON
BRIAN A. ROBINSON
Attorneys for Defendant Daniel Navarro