BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536/2431
    Facsimile: (213) 894-3713
    E-mail:   kevin.reidy@usdoj.gov
              kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kevin B. Reidy and Kathy Yu, hereby submits hereby submits its preliminary exhibit list in the above-captioned matter.

Dated: July 25, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney


                                         */s/ Kathy Yu*
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        KATHY YU
                                        KEVIN B. REIDY
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

| EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | **CSAM** |  |  |
| 1. | Phone - Production Images of A.T. (Count One – 7 Images) |  |  |
| 2. | Phone - Sexually Explicit Images of A.T. (5 Images) |  |  |
| 3. | Laptop - Production Images of J.G. (Count Two – 2 Images) |  |  |
| 4. | Laptop – Sexually Explicit Images of J.G. (2 Images) |  |  |
| 5. | Instagram - Distribution Images |  |  |
| 6. | Phone – Transportation Images (5) |  |  |
| 7. | Summary Chart re Matching Images Across Laptop, Phone, and/or Instagram Account |  |  |
| 8. |  |  |  |
| 9. |  |  |  |
| 10. | Trial Stipulation #1 re Authentication and Foundation of Digital Evidence |  |  |
|  | **Defendant's Phone (1B25)** |  |  |
| 11. | Physical Phone |  |  |
| 12. | Photograph of phone |  |  |
| 13. | Device Info Report |  |  |
| 14. | Contacts List (identity) |  |  |
| 15. | Images relating to identity |  |  |
| 16. | Messages with Danny/Daniel (Identity) |  |  |
| 17. | Inculpatory Google Searches |  |  |
| 18. | Texts with Julie (Cell-Brite) |  |  |
| 19. | Daniel Navarro Phone Device Location Data Spreadsheet |  |  |
| 20. | Daniel Navarro Phone Device Location Data Map |  |  |
| 21. |  |  |  |
| 22. |  |  |  |
| 23. |  |  |  |
| 24. |  |  |  |
|  | **Instagram Data -** dn.2021.01 |  |  |
| 25. | Instagram – dn.2021.01 |  |  |

3

| EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 26. | Instagram – Navarro and A.T. excerpt | | |
| 27. | Instagram  dn.2021.01 902(11) | | |
| 28. | Instagram AT's 902(11) | | |
| 29. | Yahoo! subscriber information for email linked to Instagram dn.2021.01 | | |
| 30. | Audio Message #1 - 22831 | | |
| 31. | Audio Message #2 - 22846 | | |
| 32. | Audio Message #3  - IloveyouLia | | |
| 33. | Yahoo – 902 (11) Certification | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| | **Instagram Data –**  dn84831 | | |
| 37. | Instagram – dn84831 excerpt | | |
| 38. | Instagram  dn84831 - 902(11) | | |
| 39. | Google subscriber information for email linked to Instagram  dn84831 | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| | **Defendant's Laptop** | | |
| 44. | Physical Laptop | | |
| 45. | Photograph of Laptop | | |
| 46. | Identity File | | |
| 47. | Video selfie | | |
| 48. | A.T.-Navarro Instagram Convo Screenshotted (NO CSAM) | | |
| 49. | J.G. Chat | | |
| 50. | Map showing longitude/latitude photos of J.G. and Navarro DMV | | |
| 51. | | | |
| 52. | | | |
| 53. | | | |
| 54. | | | |
| | **Videos and Associated Stills** | | |
| 55. | AT sneaking out video | | |
| 56. | Stills of AT Sneaking Out | | |
| 57. | Navarro SLOSO Traffic Stop | | |

| EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 58. | Still from Navarro SLOSO Traffic Stop | | |
| 59. | Nipomo Maps | | |
| 60. | | | |
| | **Interview of Defendant** | | |
| 61. | Navarro Clip 1 re name | | |
| 62. | Navarro Clip 2 re birthday | | |
| 63. | Navarro Clip 3 re lives with dad in TJ | | |
| 64. | Navarro Clip 4 re Los Venados | | |
| 65. | Navarro Clip 5 Sister Martha | | |
| 66. | Navarro Clip 6 SLO Beginning of July End of June | | |
| 67. | Navarro Clip 7 re describing trip up | | |
| 68. | Navarro Clip 8 Picked Her Up Black Honda with Julie | | |
| 69. | Navarro Clip 9 re trip back across border | | |
| 70. | Navarro Clip 10 So Wheres The Girl Now | | |
| 71. | Navarro Clip 11 Shes Been There Since We Picked Her Up | | |
| 72. | Navarro Clip 12 No Address | | |
| 73. | | | |
| 74. | | | |
| 75. | | | |
| 76. | | | |
| 77. | | | |
| 78. | | | |
| | **Documents and Business Records** | | |
| 79. | Certified Navarro Birth Certificate | | |
| 80. | Navarro DMV record | | |
| 81. | A.T. birth certificate | | |
| 82. | J.G. – certified DMV | | |
| 83. | NCMEC Report and 902(11) | | |
| 84. | T-Mobile Subscriber Records 909-331-7658 | | |
| 85. | T-Mobile Subscriber Records IP Addresses | | |
| 86. | Navarro Border crossing data | | |
| 87. | Maps showing cell-site path | | |

| EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 88. | Navarro CDR Data | | |
| 89. | Navarro Timing Advance Data | | |
| 90. | Photo of Navarro | | |
| 91. | J. Le DMV Record | | |
| 92. | 7-9-22 Navarro and Le APB | | |