# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:22-cr-00340-AB-1 |
| Date | July 30, 2025 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Evelyn Chun | Laura Elias | Kevin B. Reidy / Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | Ed Robinson, CJA | √ | √ | |
| | | | | Brian Robinson, CJA Pro Bono | √ | √ | |

____ Day COURT TRIAL        3rd Day JURY TRIAL        ____ Death Penalty Phase

____ One day trial;    ____ Begun (1st day);    √ Held & continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

√ Witnesses called, sworn and testified.

√ Exhibits identified        √ Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made        ____ Court instructs jury        ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

____ Alternates excused        ____ Jury retires to deliberate        ____ Jury resumes deliberations

____ Finding by Court as follows:        ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count 1        ____ Not Guilty on count(s)

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | | |
|---|---|---|---|
| ___ | Bond exonerated as to Dft # _____ | | |
| √ | Case continued to | July 31, 2025 at 9:00 am | for further trial/further jury deliberation. |
| √ | Other: | FBI Special Agent, Brad Peterson, present. | |

                                                                                                             5 : 38

Initials of Deputy Clerk    EVC