# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:22-cr-00340-AB-1 |
| Date | July 31, 2025 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Evelyn Chun | Laura Elias | Kevin B. Reidy / Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | Ed Robinson, CJA | √ | √ | |
| | | | | Brian Robinson, CJA Pro Bono | √ | √ | |

___ Day COURT TRIAL    4th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    ___ Held & continued;    √ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

√ Witnesses called, sworn and testified.

√ Exhibits identified    √ Exhibits admitted

√ Government rests.    √ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

√ Closing arguments made    √ Court instructs jury    √ Bailiff sworn

√ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

√ Alternates excused    √ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    √ Jury Verdict as follows:

Dft #    √ Guilty on Counts 1, 2, 3, 4, 5, and 6    ___ Not Guilty on count(s)

√ Jury polled as a group    ___ Polling waived

√ Filed Witness & Exhibit lists    √ Filed Jury notes    √ Filed Jury Instructions    √ Filed Jury Verdict

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

√  Dft #  √  Referred to Probation Office for Investigation & Report and continued to   October 24, 2025 at 1:30 pm   for sentencing.

Dft #   remanded to custody.   Remand/Release#   issd.   Dft #   released from custody.

Bond exonerated as to Dft #

Case continued to   for further jury deliberation.

√  Other:   FBI Special Agent, Brad Peterson, present.

CC: USPPO

5 : 10

Initials of Deputy Clerk   EVC