FILED
CLERK, U.S. DISTRICT COURT
July 31, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____EVC_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DANIEL NAVARRO, )<br>)<br>Defendant(s). ) | CASE NO.: 2:22-cr-00340-AB-1<br><br>JURY NOTE #: 1<br><br>TIME: 1732 |

[X] The jury has reached a unanimous verdict.

[ ] The jury advises the Court of the following:

[ ] The jury requests the following:

_____
_____
_____
_____
_____
_____

Dated: ████████                              ████████
                                    Foreperson of the Jury