```
                                        F I L E D
                                  CLERK, U.S. DISTRICT COURT
                                       July 31, 2025
                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:      EVC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DANIEL NAVARRO,<br>    Defendant. | Case No.: 2:22-cr-00340-AB-1<br><br>**VERDICT FORM** |
|---|---|

## VERDICT

We, the jury in the above-captioned case, present the following unanimous verdict.

## COUNT 1

## SEXUAL EXPLOITATION OF A CHILD FOR THE PURPOSE OF PRODUCING A SEXUALLY EXPLICT DEPICTION (MINOR A.T.)

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    X      GUILTY

    ___      NOT GUILTY

of Count One of the Indictment.

## COUNT 2

## SEXUAL EXPLOITATION OF A CHILD FOR THE PURPOSE OF PRODUCING A SEXUALLY EXPLICT DEPICTION (MINOR J.G.)

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    _X_    GUILTY

    ___    NOT GUILTY

of Count Two of the Indictment.

## COUNT 3

## ATTEMPTED ENTICEMENT OF A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    X    GUILTY

    ___    NOT GUILTY

of Count Three of the Indictment.

## COUNT 4

## TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    __X__       GUILTY

    ___       NOT GUILTY

of Count Fourt of the Indictment.

## COUNT 5

## DISTRIBUTION OF CHILD PORNOGRAPHY

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    X      GUILTY

    ___      NOT GUILTY

of Count Five of the Indictment.

## COUNT 6

## TRANSPORTATION OF CHILD PORNOGRAPHY

We, the Jury, unanimously find defendant DANIEL NAVARRO (*check one*):

    X        GUILTY

    ___      NOT GUILTY

of Count Six of the Indictment.

**The foreperson should now sign and date this verdict form.**

_____           _____
DATED                                    FOREPERSON OF THE JURY