## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:22-cr-00340-AB-1 | Title | USA v. Navarro, et al. | **F I L E D** |
|---|---|---|---|---|
| **Judge** | ANDRE BIROTTE JR. | | | CLERK, U.S. DISTRICT COURT |
| **Dates of Trial or Hearing** | July 28, 2025 - July 31, 2025 | | | **July 31, 2025** |
| **Court Reporters or Tape No.** | Laura Elias | | | CENTRAL DISTRICT OF CALIFORNIA |
| **Deputy Clerks** | Evelyn Chun | | | BY: _____ EVC _____ DEPUTY |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Kevin B. Reidy, AUSA | Ed Robinson, CJA |
| Kathy Yu, AUSA | Brian Robinson, CJA Pro Bono |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | *See attached for admitted and identified exhibits and witnesses* | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**F I L E D**
CLERK, U.S. DISTRICT COURT

July 31, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
EVC

| GOV'T EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | **CSAM** | | |
| 1. | Phone - Production Images of A.T. (Count One – 7 Images) | 7/29/2025 | 7/29/2025 |
| 2. | Phone – Sexually Explicit Images of A.T. (5 Images) | 7/29/2025 | 7/29/2025 |
| 3. | Laptop - Production Images of J.G. (Count Two – 2 Images) | 7/29/2025 | 7/29/2025 |
| 4. | Laptop – Sexually Explicit Images of J.G. (2 Images) | 7/29/2025 | 7/29/2025 |
| 5. | Instagram – Distribution Images | 7/29/2025 | 7/29/2025 |
| 6. | Phone – Transportation Images (5) | 7/29/2025 | 7/29/2025 |
| 7. | Summary Chart re Matching Images Across Laptop, Phone, and/or Instagram Account | 7/30/2025 | 7/30/2025 |
| 8. | | | |
| 9. | | | |
| 10. | Trial Stipulation #1 re Authentication and Foundation of Digital Evidence | 7/30/2025 | 7/30/2025 |
| | **Defendant's Phone (1B25)** | | |
| 11. | Physical Phone | | |
| 12. | Photograph of phone | 7/29/2025 | 7/29/2025 |
| 13. | Device Info Report | 7/29/2025 | 7/29/2025 |
| 14. | Contacts List (identity) | 7/29/2025 | 7/29/2025 |
| 15. | Images relating to identity | 7/29/2025 | 7/29/2025 |
| 16. | Messages with Danny/Daniel (Identity) | 7/29/2025 | 7/29/2025 |
| 17. | Inculpatory Google Searches | 7/29/2025 | 7/29/2025 |
| 18. | Texts with Julie (Cell-Brite) | | |
| 19. | Daniel Navarro Phone Device Location Data Spreadsheet | 7/29/2025 | 7/29/2025 |
| 20. | Daniel Navarro Phone Device Location Data Map | 7/29/2025 | 7/29/2025 |

| GOV'T EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| | **Instagram Data –** dn.2021.01 | | |
| 25. | Instagram – dn.2021.01 | 7/29/2025 | 7/29/2025 |
| 26. | Instagram – Navarro and A.T. excerpt | 7/29/2025 | 7/29/2025 |
| 27. | Instagram dn.2021.01 902(11) | | |
| 28. | Instagram AT's 902(11) | | |
| 29. | Yahoo! subscriber information for email linked to Instagram dn.2021.01 | 7/29/2025 | 7/29/2025 |
| 30. | Audio Message #1 - 22831 | 7/29/2025 | 7/29/2025 |
| 31. | Audio Message #2 - 22846 | 7/29/2025 | 7/29/2025 |
| 32. | Audio Message #3 - IloveyouLia | 7/29/2025 | 7/29/2025 |
| 33. | Yahoo – 902 (11) Certification | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| | **Instagram Data –** dn84831 | | |
| 37. | Instagram – dn84831 excerpt | 7/29/2025 | 7/29/2025 |
| 38. | Instagram dn84831 - 902(11) | | |
| 39. | Google subscriber information for email linked to Instagram dn84831 | 7/29/2025 | 7/29/2025 |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| | **Defendant's Laptop** | | |
| 44. | Physical Laptop | | |
| 45. | Photograph of Laptop | 7/29/2025 | 7/29/2025 |
| 46. | Identity File | 7/29/2025 | 7/29/2025 |
| 47. | Video selfie | 7/29/2025 | 7/29/2025 |
| 48. | A.T.-Navarro Instagram Convo Screenshotted (NO CSAM) | 7/29/2025 | 7/29/2025 |
| 49. | J.G. Chat | 7/29/2025 | 7/29/2025 |
| 50. | Map showing longitude/latitude photos of J.G. and Navarro DMV | 7/30/2025 | 7/30/2025 |
| 51. | | | |
| 52. | | | |

| GOV'T EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 53. | | | |
| 54. | | | |
| | **Videos and Associated Stills** | | |
| 55. | AT sneaking out video | 7/29/2025 | 7/29/2025 |
| 56. | Stills of AT Sneaking Out | 7/29/2025 | 7/29/2025 |
| 57. | Navarro SLOSO Traffic Stop | 7/29/2025 | 7/29/2025 |
| 58. | Still from Navarro SLOSO Traffic Stop | 7/29/2025 | 7/29/2025 |
| 59. | Nipomo Maps | 7/29/2025 | 7/29/2025 |
| 60. | | | |
| | **Interview of Defendant** | | |
| 61. | Navarro Clip 1 re name | 7/29/2025 | 7/29/2025 |
| 62. | Navarro Clip 2 re birthday | 7/29/2025 | 7/29/2025 |
| 63. | Navarro Clip 3 re lives with dad in TJ | 7/29/2025 | 7/29/2025 |
| 64. | Navarro Clip 4 re Los Venados | 7/29/2025 | 7/29/2025 |
| 65. | Navarro Clip 5 Sister Martha | 7/29/2025 | 7/29/2025 |
| 66. | Navarro Clip 6 SLO Beginning of July End of June | 7/29/2025 | 7/29/2025 |
| 67. | Navarro Clip 7 re describing trip up | 7/29/2025 | 7/29/2025 |
| 68. | Navarro Clip 8 Picked Her Up Black Honda with Julie | 7/29/2025 | 7/29/2025 |
| 69. | Navarro Clip 9 re trip back across border | 7/29/2025 | 7/29/2025 |
| 70. | Navarro Clip 10 So Wheres The Girl Now | 7/29/2025 | 7/29/2025 |
| 71. | Navarro Clip 11 Shes Been There Since We Picked Her Up | 7/29/2025 | 7/29/2025 |
| 72. | Navarro Clip 12 No Address | 7/29/2025 | 7/29/2025 |
| 73. | | | |
| 74. | | | |
| 75. | | | |
| 76. | | | |
| 77. | | | |
| 78. | | | |
| | **Documents and Business Records** | | |
| 79. | Certified Navarro Birth Certificate | 7/30/2025 | 7/30/2025 |
| 80. | Navarro DMV record | 7/29/2025 | 7/29/2025 |
| 81. | A.T. birth certificate | 7/29/2025 | 7/29/2025 |
| 82. | J.G. – certified DMV | 7/29/2025 | 7/29/2025 |
| 83. | NCMEC Report and 902(11) | 7/29/2025 | 7/29/2025 |

| GOV'T EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 84. | T-Mobile Subscriber Records 909-331-7658 | 7/29/2025 | 7/29/2025 |
| 85. | T-Mobile Subscriber Records IP Addresses | 7/29/2025 | 7/29/2025 |
| 86. | Navarro Border crossing data | 7/29/2025 | 7/29/2025 |
| 87. | Maps showing cell-site path | 7/30/2025 | 7/30/2025 |
| 88. | Navarro CDR Data | 7/29/2025 | 7/29/2025 |
| 89. | Navarro Timing Advance Data | 7/29/2025 | 7/29/2025 |
| 90. | Photo of Navarro | 7/29/2025 | 7/29/2025 |
| 91. | J. Le DMV Record | 7/29/2025 | 7/29/2025 |
| 92. | 7-9-22 Navarro and Le APB | 7/29/2025 | 7/29/2025 |
| 93. | J.G. Photograph | 7/29/2025 | 7/29/2025 |
| 94. | | | |
| 95. | | | |
| 96. | Transport Statement Excerpt 1 | 7/30/2025 | 7/30/2025 |
| 97. | | | |
| 98. | Transport Statement Excerpt 2 | 7/30/2025 | 7/30/2025 |
| 99. | | | |
| 100. | dn.2021.01-le.julie excerpt (2 pages) | 7/30/2025 | 7/30/2025 |

| DEF EX. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 200. | dn.2021.01-le.julie excerpt # 1 re phone | 7/30/2025 | 7/30/2025 |
| 201. | dn.2021.01-le.julie excerpt # 2 re phone | 7/30/2025 | 7/30/2025 |
| 202. | dn.2021.01-le.julie excerpt # 3 re phone | 7/30/2025 | 7/30/2025 |
| | | | |
| | | | |
| | | | |

**F I L E D**
CLERK, U.S. DISTRICT COURT

July 31, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ EVC _____ DEPUTY

| Witness's Name | Dates of Testimony |
|---|---|
| Nicholas Anthony, Deputy, San Luis Obispo Sheriff's Department | 7/29/2025 |
| Jeffrey Bennett, retired FBI Special Agent (Cellular Analysis Survey Team) | 7/30/2025 |
| J.G. | 7/29/2025 |
| Bradley Peterson, FBI Special Agent | 7/29-7/30/2025 |
| Matthew Terrell, Senior Investigator, San Luis Obispo County District Attorney's Office | 7/29/2025 |
| A.T. | 7/29/2025 |
| Daniel Navarro | 7/30-7/31/2025 |
| Sean Lusk, FBI Task Force Officer | 7/31/2025 |