UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:22-cr-00340-AB-1 | Date: | August 25, 2025 |
|---|---|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** | | |
| Interpreter: | N/A | | |

| Evelyn Chun | CourtSmart | Kathy Yu / Kevin B. Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | 1) Ed Robinson, CJA | √ | √ | |

**Proceedings:** STATUS CONFERENCE (Held and Continued)

That matter was called, and counsel made their appearances.

The Court is advised that defendant requests that new counsel be appointed. A sealed hearing was held. The transcript to this portion of the proceeding is ordered sealed unless otherwise ordered by the Court.

The Court GRANTS the request. The Court will appoint Meghan A. Blanco, Esq. as counsel in this case.

For reasons stated on the record, the Status Conference is continued to September 17, 2025, at 10:00 a.m.

The Court urges the parties to meet and confer to discuss and hopefully agree on dates for any post-trial motions (including briefing schedules) and potential dates for sentencing (including briefing dates for the parties position papers) recognizing new counsel may require additional time to familiarize herself with the case.

IT IS SO ORDERED.

cc: USPO, PSA

|  | : | 18 |
|---|---|---|
| Initials of Deputy Clerk | EVC | |