BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     Facsimile: (213) 894-3713
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
|---|---|
| Plaintiff, | **GOVERNMENT'S STATUS REPORT REGARDING SENTENCING AND POST-TRIAL MOTIONS** |
| v. | |
| DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, hereby file its Status Report Regarding Sentencing and Post-Trial Motions.

**Background**

After a four-day trial, on August 1, 2025, a jury convicted defendant Daniel Navarro ("defendant") of all six counts in the

Second Superseding Indictment: two counts of sexual exploitation of a child to produce a sexually explicit visual depiction, one count of attempted enticement of a minor to engage in criminal sexual activity, one count of transporting a minor with intent to engage in criminal sexual activity, one count of distribution of child pornography, and one count of transportation of child pornography.

On August 29, 2025, the Court granted defendant's request for new counsel and appointed Meghan A. Blanco, (Dkt. 218).

**Agreed-Upon Deadlines**

Since then, the parties have been meeting and conferring regarding the sentencing date (currently set for October 24, 2025) and post-trial motions. As of this filing, the parties have agreed to the following:

- November 17, 2025: Deadline to file post-trial motions (if any).
- December 5, 2025: Deadline to file oppositions to post-trial motions (if any).
- December 24, 2025: Deadline to file sentencing position papers.
- January 7, 2026: Sentencing.

On September 10, 2025, and September 15, 2025, as required under the Crime Victims' Rights Act, the government conferred with named victims A.T. and J.G.

Upon being informed of the proposed January 2026 sentencing date, A.T. said she would rather it be sooner so she would not have to think about what defendant did to her.

Upon being informed of the proposed January 2026 sentencing date, J.G. commented that it was pretty far, asked why it would be so long, and said she would prefer that it be sooner.

To the extent the government receives any other feedback from victims A.T. and J.G., it will advise defense counsel and the Court at the status conference on September 17, 2025.

Dated: September 16, 2025        Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

 /s/
KATHY YU
KEVIN B. REIDY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA