# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:22-cr-00340-AB-1 | Date: August 25, 2025 |
| Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge** | |
| Interpreter: None | |

| Evelyn Chun | Miriam Veliz-Baird | Kevin B. Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* <br> *Via Zoom* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | 1) Meghan A. Blanco, CJA | √ | √ | |

**Proceedings:**  **STATUS CONFERENCE (Held and Completed)**

That matter was called, and counsel made their appearances.

For reasons stated on the record, the Court adopts the deadlines on the Status Report filed September 16, 2025, Dkt. 220. Pursuant to the Status Report, defendant's sentencing date is continued to January 7, 2026 at 10:00 a.m.

IT IS SO ORDERED.

cc: USPO, PSA

|  | : 03 |
|---|---|
| Initials of Deputy Clerk | EVC |