1 | MEGHAN BLANCO (238171)
LAW OFFICE OF MEGHAN BLANCO
2 | 28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
3 | mblanco@meghanblanco.com
(949) 296-9869
4 |
Attorneys for Plaintiff
5 | DANIEL NAVARRO

6 | UNITED STATES DISTRICT COURT

7 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

8 | UNITED STATES OF AMERICA,  |  No. 22-CR-340-AB

9 |         Plaintiff,  |  UNOPPOSED EX PARTE APPLICATION
AUTHORIZING THE RELEASE OF
10 |         v.  |  TRANSCRIPTS FOR ALL SEALED
PROCEEDINGS BETWEEN THE DATES OF
11 | DANIEL NAVARRO,  |  JULY 28 AND JULY 31, 2025, TO MR.
NAVARRO'S COUNSEL OF RECORD
12 |         Defendant.

13

14    Defendant Daniel Navarro, by and through his attorney of record,

15 Meghan Blanco, hereby files this unopposed *ex parte* application to

16 release to CJA attorney Meghan Blanco transcripts of all

17 proceedings, including sealed proceedings, conducted between July 28

18 and July 31, 2025. This request is based on the attached declaration

19 of counsel and all files and records in this case. The government

20 does not oppose this request.

21

22  Dated: September 25, 2025        Respectfully submitted,

23

24                                  /s/ M.A.B.
                                    MEGHAN A. BLANCO
25
                                    Attorney for Defendant
26

27

28

DECLARATION OF MEGHAN BLANCO

I, Meghan Blanco, declare as follows:

1.  I am licensed to practice law in the State of California, and I represent Mr. Navarro.

2.  Mr. Navarro proceeded to jury trial on July 28, 2025. Trial concluded on July 31, 2025. I have ordered transcripts for all proceedings held during that period.

3.  It has come to my attention that one or more proceedings between July 28 and July 31, 2025, may have been sealed. Although I do not know the exact nature or dates of the sealed proceedings, I understand they may have concerned Mr. Navarro's request to proceed pro se.

4.  In connection with my representation of Mr. Navarro, I believe it is necessary to review all trial transcripts, including any sealed proceedings that occurred between July 28 and July 31, 2025.

5.  I contacted the assigned AUSA, Kathy Yu, regarding this request, and she indicated that she has no objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 25, 2025, at Los Angeles, California.

*/s/ Meghan Blanco*

MEGHAN BLANCO

2