UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-CR-340-AB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| DANIEL NAVARRO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court grants Daniel Navarro's unopposed *ex parte* application for authorization to obtain transcripts of all sealed proceedings involving Mr. Navarro that occurred between July 28 and July 31, 2025. The court reporter of record, Laura Elias, is authorized to release to CJA attorney Meghan Blanco transcripts of all proceedings, including sealed proceedings, conducted during that period. All sealed proceedings shall otherwise remain sealed absent further order of the Court.

Dated: September 26, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE