UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-CR-340-AB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| DANIEL NAVARRO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court GRANTS Daniel Navarro's ex parte application to continue sentencing. Sentencing is CONTINUED to March 13, 2026 at 1:30 p.m.

**IT IS SO ORDERED,**

Dated: December 29, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE