```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    KATHY YU (Cal. Bar No. 268210)
 5  KEVIN B. REIDY (Cal. Bar No. 320583)
    Assistant United States Attorneys
 6       1200/1100 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2431/8536
 8       Facsimile: (213) 894-3713
         E-mail:    kathy.yu@usdoj.gov
 9                  kevin.reidy@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION REQUESTING A ZOOM LINK FOR THE SENTENCING HEARING |
| v. | |
| DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831," | Sentencing Hearing: March 13, 2026 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, hereby files its <u>Ex Parte</u> Application Requesting a Zoom Link for the Sentencing Hearing.

The government's request is based upon the attached declaration, the files and records in this case, and such further evidence and arguments as the Court may permit.

1

```
 1  Dated: February 6, 2026            Respectfully submitted,

 2                                     TODD BLANCHE
                                       Deputy Attorney General
 3
                                       BILAL A. ESSAYLI
 4                                     First Assistant United States
                                       Attorney
 5
                                       ALEXANDER B. SCHWAB
 6                                     Assistant United States Attorney
                                       Acting Chief, Criminal Division
 7

 8                                      /s/
                                       KATHY YU
 9                                     KEVIN B. REIDY
                                       Assistant United States Attorneys
10
                                       Attorneys for Plaintiff
11                                     UNITED STATES OF AMERICA
```

2

**DECLARATION OF KATHY YU**

I, Kathy Yu, declare as follows:

1. I am an Assistant United States Attorney and a prosecutor in this action. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. After a four-day trial, on August 1, 2025, a jury convicted defendant Daniel Navarro of all six counts in the Second Superseding Indictment: two counts of sexual exploitation of a child to produce a sexually explicit visual depiction, one count of attempted enticement of a minor to engage in criminal sexual activity, one count of transporting a minor with intent to engage in criminal sexual activity, one count of distribution of child pornography, and one count of transportation of child pornography.

3. In September 2025 and in January 2026, the government conferred with victims A.T. and J.G. as well as some of their family members to discuss the sentencing hearing (set for January 7, 2026 then continued to March 13, 2026).

4. Several of A.T.'s family members – including A.T.'s stepmom, M.T. and A.T.'s dad, C.T. – said they would be interested in attending the sentencing hearing virtually. M.T. said other members of the family may wish to attend virtually as well. These family members said that traveling to Court and attending the sentencing in-person would pose a financial hardship as well as an emotional one.

5. The government is mindful that the Court's website states that "[a]ll criminal matters are in person." https://apps.cacd.uscourts.gov/Jps/honorable-andr%C3%A9-birotte-jr.

6. However, the Crime Victims' Rights Act affords victims "[t]he right not to be excluded from any [] public court proceeding" involving the crime and "[t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(3), (4). Therefore, on behalf of the victims in this case, the government respectfully requests that the Court make its Zoom link available for the victims to participate as observers.

7. On November 25, 2025, I conferred with defense counsel Meghan Blanco regarding this request; she informed me she does not object to the request.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 6, 2026.

/s/ Kathy Yu

KATHY YU