TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
      1200/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2431/8536
      Facsimile: (213) 894-3713
      E-mail:    kathy.yu@usdoj.gov
                 kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
|      Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION REQUESTING A ZOOM LINK FOR THE SENTENCING HEARING |
|      v. | |
| DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831," | Sentencing Hearing:  March 13, 2026 |
|      Defendant. | |

On February 6, 2026, the government filed an Ex Parte Application Requesting a Zoom Link for the Sentencing Hearing. Having considered the government's unopposed request and finding good cause, the Court hereby GRANTS the request and ORDERS that the crime victims may attend the March 13, 2026 sentencing hearing via the Court's Zoom Link.

1      The Zoom link is found on the Court's website, at the bottom

2 under the heading "Zoom Webinar Information":

3 https://apps.cacd.uscourts.gov/Jps/honorable-andr%C3%A9-birotte-jr

4      IT IS SO ORDERED.

5

6 _____                    _____

DATE                                           HON. ANDRÉ BIROTTE JR.

7

Presented by:

8 /s/_____

KATHY YU

9 Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28