UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL NAVARRO,<br>　aka "dn.2021.01,"<br>　aka "dn84831,"<br><br>　　　　Defendant. | No. CR 22-00340(B)-AB<br><br>[~~PROPOSED~~] ORDER RE GOVERNMENT'S <u>EX PARTE</u> APPLICATION TO UNSEAL PROCEEDINGS AND TO CONTINUE SENTENCING DATE<br><br>Sentencing Hearing: March 13, 2026 |
|---|---|

On March 2, 2026, the government filed an <u>Ex Parte</u> Application to Unseal Proceedings and to Continue Sentencing Date.

Having considered the government's request and finding good cause, the Court hereby GRANTS the request and ORDERS the following proceedings unsealed as to the parties only (not for posting on the public docket):

|  | Date of Hearing | Docket | Description |
|---|---|---|---|
| 1. | 1/13/2023 | 39 | Status conference where Federal Public Defender's Office was relieved and Erin Darling appointed |
| 2. | 2/3/2023 | 43 | Status conference re discovery and trial |
| 3. | 10/11/2023 | 87 | Status conference where Charles Brown was relieved and David Reed appointed |

| 4. | 4/2/2024   | 100 | Status conference where defendant was granted request to proceed pro se |
| --- | --- | --- | --- |
| 5. | 12/20/2024 | 150 | Status conference regarding case |
| 6. | 2/21/2025  | 163 | Status conference where Ed Robinson was appointed |
| 7. | 7/16/2025  | 192 | Pretrial conference |
| 8. | 7/29/2025  | 202 | Trial – Day 2 |

The Court orders the following protocol:

a. The above-identified transcripts will be produced to defense counsel in the first instance.
b. Defense counsel will have 48 hours to lodge privilege or relevancy objections (if any) with the Court.
c. The Court will review the transcript to rule on whether there are any applicable privileges or protections relating to the transcript – including holding a hearing if necessary.

Having considered the government's request and finding good cause, the Court hereby GRANTS the request and CONTINUES the sentencing date to May 13, 2026 at 11:00 A.M.

IT IS SO ORDERED.

Dated: March 2, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2