TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     Facsimile: (213) 894-3713
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831,"<br><br>           Defendant. | No. CR 22-00340(B)-AB<br><br>GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON DEFENDANT'S POST-TRIAL MOTION<br><br>Post-Trial Motion Hearing: March 13, 2026 |
|---|---|

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, hereby files its Ex Parte Application to Continue the Hearing on Defendant's Post-Trial Motion.

The government's request is based upon the attached declaration, the files and records in this case, and such further evidence and arguments as the Court may permit.

Dated: March 10, 2026                Respectfully submitted,

                                             TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


  /s/
KATHY YU
KEVIN B. REIDY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF KATHY YU**

I, Kathy Yu, declare as follows:

1. I am an Assistant United States Attorney and a prosecutor in this action. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. After a four-day trial, on August 1, 2025, a jury convicted defendant Daniel Navarro of all six counts in the Second Superseding Indictment: two counts of sexual exploitation of a child to produce a sexually explicit visual depiction, one count of attempted enticement of a minor to engage in criminal sexual activity, one count of transporting a minor with intent to engage in criminal sexual activity, one count of distribution of child pornography, and one count of transportation of child pornography.

3. On March 2, 2026, the government filed its Ex Parte Application to Unseal Proceedings and to Continue the Sentencing Date, which the Court then granted. (Dkt. 244, 245.)

4. Sentencing is currently set for May 13, 2026 at 11:00 A.M. (Dkt. 245.)

5. By this application, the government seeks to continue the hearing on the Motion for a New Trial (based on an alleged violation of defendant's constitutional right to self-representation (Dkt. 238)) and to consolidate it with the sentencing hearing of May 13, 2026.

6. The government will file its opposition by May 1, 2026 and the defense can file an optional reply brief by May 8, 2026.

3

7. On March 9, 2026, the government conferred with defense counsel, who does not object to the continued sentencing date or the filing deadlines.

8. Separately, last week, the government spoke to victims A.T. and J.G. as well as members of A.T.'s family to discuss (1) defendant's post-trial motion, and (2) the new sentencing date of May 13, 2026.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 10, 2026.

/s/ Kathy Yu

KATHY YU