TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     Facsimile: (213) 894-3713
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00340(B)-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON DEFENDANT'S POST-TRIAL MOTION |
| v. | |
| DANIEL NAVARRO, aka "dn.2021.01," aka "dn84831," | [PROPOSED] Post-Trial Motion Hearing: May 13, 2026 |
| Defendant. | |

On March 10, 2026, the government filed an Ex Parte Application to Continue the Hearing on Defendant's Post-Trial Motion. Having considered the government's request and finding good cause, the Court hereby GRANTS the request and CONTINUES the hearing on defendant's post-trial motion to May 13, 2026 at 11:00 A.M.

IT IS SO ORDERED.

_____          _____
DATE                                    HON. ANDRÉ BIROTTE JR.

1

Presented by:
/s/
KATHY YU
Assistant United States Attorney

2