UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-cr-00340-AB-1 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON DEFENDANT'S POST-TRIAL MOTION |
| v. | |
| DANIEL NAVARRO,<br>  aka "dn.2021.01,"<br>  aka "dn84831," | [~~PROPOSED~~] Post-Trial Motion Hearing: May 13, 2026 |
| Defendant. | |

On March 10, 2026, the government filed an *Ex Parte* Application to Continue the Hearing on Defendant's Post-Trial Motion (Dkt. 238). Having considered the government's request and finding good cause, the Court hereby GRANTS the request and CONTINUES the hearing on defendant's post-trial motion to May 13, 2026 at 11:00 A.M.

IT IS SO ORDERED.

Dated: March 11, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE