# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:22-cr-00340-AB-1 | | Date: | April 22, 2026 |
|---|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: None

| Evelyn Chun | Laura Elias | Kevin B. Reidy<br>Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Navarro | √ | √ | | 1) Meghan A. Blanco, CJA | √ | √ | |

**Proceedings:**   **STATUS CONFERENCE (Held and Completed)**

That matter was called, and counsel made their appearances.

For reasons stated on the record, the Sentencing and Motion for New Trial will remain on calendar for May 13, 2026 at 11:00 a.m.

IT IS SO ORDERED.

cc: USPO, PSA

| | : | 14 |
|---|---|---|
| Initials of Deputy Clerk | EVC | |