KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
312 North Spring Street, 12th Floor, LA, CA 90012
213-894-2431 / kathy.yu@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CR 22-340-(B)-AB-1 |
| v. | |
| DANIEL NAVARRO | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte App, Under Seal Filing (Opposition to Defendant's Motion for a New Trial (Dkt. 238), Exhibits A through M in support of Opposition), Proposed Order

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| May 1, 2026 | Kathy Yu |
| --- | --- |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*