UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL NAVARRO, AKA dn.2021.01, AKA dn84831,<br><br>Defendant - Appellant. | No. 26-3435<br><br>D.C. No.<br>2:22-cr-00340-AB-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 5) by Meghan A. Blanco to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by October 13, 2026. The transcript is due November 12, 2026. The opening brief is due December 24, 2026. The answering brief is due January 25, 2027. The optional reply brief is due 21 days after the answering brief is served.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).

The clerk will serve this order on former counsel, the district court, and appellant individually.