DAVID L. ANNICCHIARICO (Bar No. 247544)
Law Office of David L. Annicchiarico
584 Castro Street, Suite 654
San Francisco, California 94114
(415) 948-5576
WriteToDavidA@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DANIEL NAVARRO,<br><br>Defendant | Case No. 2:22-cr-00340-AB-1<br><br>DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER AUTHORIZING DISCLOSURE OF SEALED AND NON-PUBLIC DOCUMENTS AND TRANSCRIPTS TO COUNSEL FOR DEFENDANT, AND PROPOSED ORDER |

TO THE HONORABLE ANDRE BIROTTE JR., UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant DANIEL NAVARRO, by and through his appointed appellate counsel, David Annicchiarico, hereby applies for release – for his counsel's eyes only – of sealed and non-public documents and transcripts. Disclosure to the prosecution or its agents is not justified at this time because counsel for Mr. Navarro has not yet raised any issues arising out of these proceedings and will not be in a position to decide whether to do so until he has reviewed the documents. Counsel for the government has indicated that the government does not oppose this request. This ex parte application is based on this notice, the accompanying declaration of David L. Annicchiarico, and the Court's files and records in this case. A proposed order is attached hereto.

Dated: October 15, 2026

Respectfully submitted,

*s/ David L. Annicchiarico*

DAVID L. ANNICCHIARICO
Appellate Counsel for Defendant

**DECLARATION OF DAVID L. ANNICCHIARICO**

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I have been appointed by the Ninth Circuit to represent defendant Daniel Navarro on appeal following the judgment of conviction in District Court case number 2:22-cr-00340-AB-1. I make this declaration in support of Defendant's Unopposed Ex Parte Application for Order Authorizing Disclosure of Sealed and Non-Public Documents and Transcripts to Counsel for Defendant. The facts stated in this declaration and the accompanying application are personally known to me or I am informed and believe them to be true.

2. Docket numbers 46–48, 51–54, 70–73, 97, 98, 228, 289–292, 301–303, 305, 306, 308–310, 313 include sealed documents. In addition, docket numbers 2, 3, 82, 84, 139–142, 151–154, 158–161, 263, 264, 270, 276, 277, 280, 283, 286, 316 are omitted in the public docket and accordingly appear to include non-public documents. Finally, the transcripts from the following hearing dates were partially or completely sealed: 01/13/2023, 02/03/2023, 10/11/2023, 04/02/2024, 12/20/2024, 02/21/2025, 07/16/2025, 08/25/2025, and 05/13/2026.

I believe I need to review the sealed and non-public documents and transcripts in order to discharge my duty to investigate all possible appellate issues in Mr. Navarro's case. Understanding that they may contain confidential information, I will maintain these documents for my eyes only and will not disclose them to Mr. Navarro or anyone else.

3. I request that any documents to which the government did not have access in the District Court be released only to me in order to protect Mr. Navarro's legal rights and/or the attorney client privilege. I will not cause any public filing of the information in the documents without seeking an order from this Court permitting me to do so, and I will ascertain the government's position before doing so. If I ultimately raise an issue as to the contents of these documents in the appeal, the government can move for disclosure at that time.

4. Accordingly, I request that, at this time, such documents be made available to defense counsel only and not to counsel for the prosecution or its agents. A proposed order is attached hereto.

5. Assistant United States Attorney Kathy Yu, counsel for the government, has informed me

that the government does not oppose this request.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed on this 15th day of October, 2026, at San Francisco, California.

*s/ David L. Annicchiarico*

DAVID L. ANNICCHIARICO