**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL NAVARRO,<br>Defendants. | Case No. 2:22-cr-00340-AB-1<br><br>**[~~PROPOSED~~] ORDER TO RELEASE SEALED AND NON-PUBLIC DOCUMENTS AND TRANSCRIPTS TO DEFENDANT'S COUNSEL ONLY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the clerk shall mail a copy of the sealed documents filed in docket numbers 46–48, 51–54, 70–73, 97, 98, 228, 289–292, 301–303, 305, 306, 308–310, 313, and the non-public documents filed in docket numbers 2, 3, 82, 84, 139–142, 151–154, 158–161, 263, 264, 270, 276, 277, 280, 283, 286, 316, only to appellate counsel for the defendant, for his eyes only, to: David Annicchiarico, 584 Castro St., Ste. 654, San Francisco, CA, 94114. It is further ordered that counsel for the defense shall be permitted to order preparation and copies of transcripts of proceedings on 01/13/2023, 02/03/2023, 10/11/2023, 04/02/2024, 12/20/2024, 02/21/2025, 07/16/2025, 08/25/2025, and 05/13/2026, which the Court has ordered sealed, for viewing by defendant's attorneys and/or agents. The sealed portions of the transcripts shall be filed under seal and shall remain under seal, and a copy thereof shall not be provided or made available to the

prosecution or the public without further order of the Court.

Dated: October 19, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE